USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Donque Tyrell,

               Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing scheduled in this matter for September 10, 2021, at 3:00 p.m. shall take place before Judge Jed S. Rakoff.

    SO ORDERED.

Dated: August 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge