UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
                                                        :
UNITED STATES OF AMERICA,                               :       ORDER
                                                        :
                  – against –                           :       Case No. 15-CR-95 (JSR)
                                                        :
DONQUE TYRELL,                                          :
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------- x
```

IT IS HEREBY ORDERED AND ADJUDGED that the U.S. Bureau of Prisons

continue the housing of defendant Donque Tyrell (Reg. No. 77408-054) at the MDC Brooklyn

for a period of three (3) months from the date hereof, *i.e., through March 20, 2022* so as to facilitate meetings and

communications between Mr. Tyrell and his counsel in connection with his anticipated motion

pursuant to 28 U.S.C § 2255 to vacate, set aside or correct sentence. *However, no further such extensions will be granted after March 20, 2022.*

Dated: New York, NY
         December *20*, 2021


                                        _____
                                        Honorable Jed S. Rakoff
                                        United States District Judge