UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
    :
UNITED STATES OF AMERICA,              :    **ORDER**
    :
    – against –                        :    Case No. 15-CR-95 (JSR)
    :
DONQUE TYRELL,                      :
    :
    Defendant.                      :
    :
------------------------------------------------------- x

IT IS HEREBY ORDERED AND ADJUDGED that the U.S. Bureau of Prisons continue the housing of defendant Donque Tyrell (Reg. No. 77408-054) at the MDC Brooklyn until April 22, 2022 so as to facilitate meetings and communications between Mr. Tyrell and his counsel in connection with the preparation of his anticipated motion pursuant to 28 U.S.C § 2255 to vacate, set aside or correct sentence. No further extensions of Mr. Tyrell's housing at the MDC Brooklyn beyond April 22, 2022 will be granted.

Dated: New York, NY
       March 11, 2022

                                                                  Honorable Jed S. Rakoff
                                                                  United States District Judge