```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -against-<br><br>DONQUE TYRELL,<br><br>          Defendant. | 15-cr-95-05 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

In a *pro se* letter dated March 26, 2025, defendant Donque Tyrell, who is currently incarcerated at the United States Penitentiary, McCreary, sought the Court's assistance in enrolling in a General Educational Development ("GED") course. *See* ECF No. 3594. Although the Court is sympathetic to Mr. Tyrell's desire to further his education, the Court lacks the power to order the Bureau of Prisons ("BOP") to exercise its discretion to enroll him in such a course. *Cf.* 18 U.S.C. § 3621(h)(6) (providing that BOP may prioritize some prisoners over others in administering certain programs). Accordingly, the Court is unable to assist Mr. Tyrell in this matter.

     SO ORDERED.

New York, NY
4/22, 2025

                              _____
                              JED S. RAKOFF, U.S.D.J.