UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>DONQUE TYRELL,<br><br>        Defendant. | 15-cr-95-05 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court are two motions seeking an extension of time to file a motion for a certificate of appealability.

On April 7, 2025, this Court denied defendant Donque Tyrell's first petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, as well as his motion for a new trial under Federal Rule of Criminal Procedure 33. See ECF No. 3593. On April 23, 2025, new counsel filed an appearance on Mr. Tyrell's behalf. See ECF No. 3596. On April 28, 2025, counsel for Mr. Tyrell filed a motion for a twenty-five-day extension of time to file a motion for a certificate of appealability. See ECF No. 3598. The Government consents to the extension. See id. On May 1, 2025, the Court received a pro se letter from Mr. Tyrell requesting a ninety-day extension to file a motion for a certificate of appealability. See ECF No. 3599.

The Court has now reviewed both the motion filed by Mr. Tyrell's counsel and the pro se letter submitted by Mr. Tyrell. Having reviewed those motions, the Court will extend Mr. Tyrell's deadline to file a motion for a certificate of appealability by twenty-six days, to June

2, 2025. Because Mr. Tyrell is now represented by counsel, the Court will disregard any future pro se submissions filed in this case.

SO ORDERED.

New York, NY
5/2, 2025

_____
JED S. RAKOFF, U.S.D.J.